FILED / ENTERED    RECEIVED / SERVED ON
COUNSEL/PARTIES OF RECORD

MAR 27 2025

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

Plaintiff

v.

EMELIO VLADIMIR ROCHESTER,

Defendant

2:21-cr-00293-CDS-NJK

**Final Order of Forfeiture**

The United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture under Fed. R. Crim. P. 32.2(b)(1) and (b)(2); 18 U.S.C. § 981(a)(1)(C) with 28 U.S.C. § 2461(c); 18 U.S.C. § 982(a)(2)(B); 18 U.S.C. § 1029(c)(1)(C) with 1029(c)(2); and 21 U.S.C. § 853(p) based upon the plea of guilty by Emelio Vladimir Rochester to the criminal offenses, forfeiting the property set forth in the Plea Agreement and the Forfeiture Allegation of the Criminal Indictment and shown by the United States to have the requisite nexus to the offenses to which Emelio Vladimir Rochester pled guilty. Criminal Indictment, ECF No. 54; Preliminary Order of Forfeiture, ECF No. 111; Change of Plea, ECF No. 112; Plea Agreement, ECF No. 113.

This Court finds that on the government's motion, the Court may at any time enter an order of forfeiture or amend an existing order of forfeiture to include subsequently located property or substitute property under Fed. R. Crim. P. 32.2(e) and 32.2(b)(2)(C).

This Court finds the United States published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from December 19, 2024, through January 17, 2025, notifying all potential third parties of their right to petition the Court. Notice of Filing Proof of Publication Exhibits, ECF No. 114-1, p. 5.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending regarding the property named herein and the time has expired for presenting such petitions.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all possessory rights, ownership rights, and all rights, titles, and interests in the property hereinafter described are condemned, forfeited, and vested in the United States under Fed. R. Crim. P. 32.2(b)(4)(A) and (b)(4)(B); Fed. R. Crim. P. 32.2(c)(2); 18 U.S.C. § 981(a)(1)(C) with 28 U.S.C. § 2461(c); 18 U.S.C. § 982(a)(2)(B); 18 U.S.C. § 1029(c)(1)(C) with 1029(c)(2); 21 U.S.C. § 853(p); and 21 U.S.C. § 853(n)(7) and shall be disposed of according to law:

1. $89,710 in United States Currency;

2. a debit card with the last four digits of the account number being 0913 issued in the name of S.F.;

3. a debit card with the last four digits of the account number being 5158 issued in the name of V.B.;

4. a debit card with the last four digits of the account number being 8208 issued in the name of J.S.;

5. a debit card with the last four digits of the account number being 5504 issued in the name of D.Wi.;

6. a debit card with the last four digits of the account number being 0404 issued in the name of I.S.;

7. a debit card with the last four digits of the account number being 9414 issued in the name of D.H.;

8. a debit card with the last four digits of the account number being 0327 issued in the name of T.Y.;

9. a debit card with the last four digits of the account number being 2658 issued in the name of D.P.;

10. a debit card with the last four digits of the account number being 0689 issued in the name of K.T.;

11. a debit card with the last four digits of the account number being 5802 issued in the name of J.B.;

12. a debit card with the last four digits of the account number being 2317 issued in the name of D.Wa.;

13. a debit card with the last four digits of the account number being 8028 issued in the name of B.W.;

14. a debit card with the last four digits of the account number being 4370 issued in the name of O.C.;

15. a debit card with the last four digits of the account number being 8184 issued in the name of J.M.;

16. a debit card with the last four digits of the account number being 8703 issued in the name of C.W.;

17. a debit card with the last four digits of the account number being 2873 issued in the name of T.B.;

18. a debit card with the last four digits of the account number being 0196 issued in the name of D.R.; and

19. digital devices seized on September 18, 2020, during defendant's arrest, including but not limited to (a) five (5) iPhones with unknown serial numbers, (b) silver Mac Book Air, serial # FVFCPDCUMNHQ, (c) black Lenovo laptop, serial # PBH394C, (d) silver HP laptop, serial # 5CD03230PN3, (e) silver HP laptop, serial # 5CG0246KGD, and (f) gray iPad, serial # DMPD9R9NLM93

(all of which constitutes property).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that under Fed. R. Crim. P. 32.2(c) and 21 U.S.C. § 853(n)(7), all possessory rights, ownership rights, and all rights, titles, and interests in the property are extinguished and are not recognized for Emelio Vladimir Rochester and all third parties.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the government's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

Dated: March 27, 2025

_____
CRISTINA D. SILVA
UNITED STATES DISTRICT JUDGE